GREGORY M. FOX, STATE BAR NO. 070876
Arlene C. Helfrich, State Bar No. 096461
Bertrand, Fox & Elliot
The Waterfront Building - 2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
FAX (415) 353-0990
Attorneys for Defendants CITY OF OAKLAND
and POLICE CHIEF RICHARD WORD

(List of Additional Counsel Attached)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI LOUISE COLES, et al.<br><br>      Plaintiffs<br><br>vs.<br><br>CITY OF OAKLAND, a municipal entity, et al.<br><br>      Defendants<br><br>LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND; et al.,<br><br>      Defendants. | File No. C03-2961 TEH (JL)<br><br>File No. No. C 03-2962 TEH (JL)<br><br>Hon. Thelton E. Henderson<br><br>STIPULATION AND (PROPOSED) ORDER DISMISSING INDIVIDUAL OFFICER DEFENDANTS WITH PREJUDICE AS TO PLAINTIFF DIANA BOHN ONLY |

1

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE RE INDIVIDUAL OFFICER DEFENDANTS AS TO PLAINTIFF DIANA BOHN ONLY - Case Nos. C-03-2962 TEH (JL)

```
 1  JAMES B. CHANIN, SBN 76043
    JULIE M. HOUK, SBN 114968
 2  LAW OFFICES OF JAMES B. CHANIN
    3050 Shattuck Avenue
 3  Berkeley, California 94705
    Telephone:  (510) 848-4752
 4  FAX (510) 848-5819

 5
    JOHN L. BURRIS, SBN 69888
 6  7677 Oakport Street, Suite 1120
    Oakland, CA 94621
 7  Telephone:  (510) 839-5200
    FAX (510) 839-3882
 8
    RACHEL LEDERMAN, SBN 130192
 9  NATIONAL LAWYERS GUILD and
    Law Offices of Rachel Lederman and Alexsis C. Beach
10  558 Capp Street
    San Francisco, CA 94110
11  Telephone:(415) 282-9300
    FAX (415) 285-5066
12
    ALAN L. SCHLOSSER, SBN 49957
13  JULIA HARUMI MASS SBN 189649
    MARK SCHLOSBERG, SBN 209144
14  AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
15  CALIFORNIA, 1663 Mission Street, Suite 460
    San Francisco, CA 94103
16  Telephone: (415) 621-2493
    FAX (415) 255-8437
```

**Counsel for Plaintiffs Local 10 Longshore and Warehouse Union et al. C03-2962 THE (JL)**

```
19  John A. Russo Esq. State Bar No. 129729
    City Attorney
20  Randolph W. Hall, Esq.  State Bar No. 080142
    Chief Asst. City Attorney
21  Office of the City Attorney
    One Frank H. Ogawa Plaza, 6th Floor
22  Oakland CA  94612
    Telephone:      (510) 238-3601
23  FAX (510) 238-6500
```

**Counsel for defendant CITY OF OAKLAND et al**

2

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE RE INDIVIDUAL OFFICER DEFENDANTS AS TO PLAINTIFF DIANA BOHN ONLY - Case Nos. C-03-2962 TEH (JL)

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, Plaintiff DIANA BOHN, and the Defendants CITY OF OAKLAND, RICHARD WORD, PATRICK HAW, ROD YEE, E. POULSON, HOWARD A. JORDAN, DAVE KOZICKI, T. HOGENMILLER, E. TRACEY, R. GUTIEREZ, A. OERLEAMNS, R. HOLMGREN, P. GONZALES, S. KNIGHT, M. RANDALL, R. CHAN, R. OROZCO, G. BELLUSA, P. HUPPERT, J. SCOTT, J. KURZROCK, M. MACK, J. KELLY, OFFICER, SOUZA, J. MUSCHI, S. JOHNSON, OFFICER KARSABOOM, SGT. G. TOLLESON, SGT. D. CAMPBELL, OFF. R. MOORE, OFF. A. STEINBERGER, OFF. F. UU, OFF. B. WORDEN, OFF. J. FUKADA, OFF. J. DOOLITTLE, OFF. C. SAUNDERS, OFF. E. ROMANS and OFF. C. DELROSARIO, through their designated counsel that the above-captioned action entitled Local 10, International Longshore and Warehouse Union, et al., vs. City of Oakland, et al, and numbered C 03-2962 TEH (JL), be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as to all of the claims of plaintiff DIANA BOHN ONLY, against the individual officer defendants ONLY, whose names are listed as follows:

RICHARD WORD, PATRICK HAW, ROD YEE, E. POULSON, HOWARD A. JORDAN, DAVE KOZICKI, T. HOGENMILLER, E. TRACEY, R. GUTIEREZ, A. OERLEAMNS, R. HOLMGREN, P. GONZALES, S. KNIGHT, M. RANDALL, R. CHAN, R. OROZCO, G. BELLUSA, P. HUPPERT, J. SCOTT, J. KURZROCK, M. MACK, J. KELLY, OFFICER, SOUZA, J. MUSCHI, S. JOHNSON, OFFICER KARSABOOM, SGT. G. TOLLESON, SGT. D. CAMPBELL, OFF. R. MOORE, OFF. A. STEINBERGER, OFF. F. UU, OFF. B. WORDEN, OFF. J. FUKADA, OFF. J. DOOLITTLE, OFF. C. SAUNDERS, OFF. E. ROMANS and OFF. C. DELROSARIO.

It is acknowledged that DIANA BOHN's claims against the CITY OF OAKLAND are to be resolved pursuant to her acceptance of the CITY OF OAKLAND's offer of judgment pursuant to FRCP Rule 68 and offer of compromise pursuant to California CCP § 998 dated February 17, 2005. This dismissal with prejudice of the individual officer defendants is a condition of that offer of judgment and offer to compromise.

3

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE RE INDIVIDUAL OFFICER DEFENDANTS AS TO PLAINTIFF DIANA BOHN ONLY - Case Nos. C-03-2962 TEH (JL)

Dated: March 28, 2005

/s/ James B. Chanin
JAMES B. CHANIN
Attorney for Plaintiffs in Local 10, et al.

Dated: March 24, 2005

/s/ Gregory M. Fox
GREGORY M. FOX
Attorney for Defendants City of Oakland et al.

## ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefore

THIS COURT ORDERS THAT, pursuant to the parties' stipulation and the CITY OF OAKLAND's offer of judgment pursuant to FRCP Rule 68 and offer of compromise pursuant to California CCP § 998 dated February 17, 2005, and plaintiff DIANA BOHN's acceptance thereof, Plaintiff DIANA BOHN's action No. C –03-2962 THE (JL) shall be and hereby is dismissed with prejudice as against the following defendants ONLY: RICHARD WORD, PATRICK HAW, ROD YEE, E. POULSON, HOWARD A. JORDAN, DAVE KOZICKI, T. HOGENMILLER, E. TRACEY, R. GUTIEREZ, A. OERLEAMNS, R. HOLMGREN, P. GONZALES, S. KNIGHT, M. RANDALL, R. CHAN, R. OROZCO, G. BELLUSA, P. HUPPERT, J. SCOTT, J. KURZROCK, M. MACK, J. KELLY, OFFICER, SOUZA, J. MUSCHI, S. JOHNSON, OFFICER KARSABOOM, SGT. G. TOLLESON, SGT. D. CAMPBELL, OFF. R. MOORE, OFF. A. STEINBERGER, OFF. F. UU, OFF. B. WORDEN, OFF. J. FUKADA, OFF. J. DOOLITTLE, OFF. C. SAUNDERS, OFF. E. ROMANS and OFF. C. DELROSARIO.

BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.

6/9/05
DATE

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

4

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE RE INDIVIDUAL OFFICER DEFENDANTS AS TO PLAINTIFF DIANA BOHN ONLY - Case Nos. C-03-2962 TEH (JL)