Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Randolph W. Hall, State Bar No. 080142
Chief Asst. City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA 94612
Telephone:    (510) 238-3601
Facsimile:    (510) 238-6500

Attorneys for Defendants CITY OF OAKLAND
and POLICE CHIEF RICHARD WORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI LOUISE COLES, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal entity, et al.<br><br>Defendants. | File No. C-03-2961 TEH (JL)<br><br>STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING DATE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS RE: OPD'S CROWD CONTROL POLICY |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

The parties, plaintiffs in the *Sri Louise Coles* action, No. C-03-2961 TEH (JL) and defendant City of Oakland, acting by and through their respective legal counsel, stipulate to the following with

regard to plaintiffs' Motion For Attorneys' Fees and Costs related to work on the OPD crowd control policy, (hereinafter, motion):

1) Defendants City of Oakland, et al, will file their opposition to the motion in the *Coles* action by June 30, 2005.

2) Plaintiffs in the *Coles* action will file their reply brief by July 25, 2005.

3) The parties stipulate that the hearing on the *Coles* motion, currently set for July 11, 2005, be continued to August 15, 2005, at 10:00 a.m.

So Stipulated:

Dated: June 16, 2005                    HADDAD & SHERWIN


By: /s/ Michael Haddad
    Michael Haddad
    Attorney for Plaintiffs
    SRI LOUISE COLES, et al.


Dated: June 16, 2005                    BERTRAND, FOX, & ELLIOT


By: /s/ Gregory M. Fox
    Gregory M. Fox
    Attorneys for Defendants
    CITY OF OAKLAND, et al.

## ORDER

Good cause appearing, the stipulation is so ordered. Defendants to file opposition papers to the *Coles* motion by June 30, 2005. Plaintiffs in the *Coles* action to file reply briefs by July 25, 2005. The hearing on the *Coles* motion, currently set for July 11, 2005, is continued to August 15, 2005 at 10:00 a.m..

SO ORDERED.

Dated: 6/17/05

_____
The Honorable Thelton E. Henderson
U.S. District Court Judge