1  Gregory M. Fox, State Bar No. 070876
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, California  94109
   Telephone: (415) 353-0999
4  Facsimile:  (415) 353-0990

5

   Randolph W. Hall, State Bar No. 080142
6  Chief Asst. City Attorney
   Office of the City Attorney
7  One Frank H. Ogawa Plaza, 6th Floor
   Oakland CA  94612
8  Telephone:     (510) 238-3601
   Facsimile:     (510) 238-6500
9

10 Attorneys for Defendants CITY OF OAKLAND
   and POLICE CHIEF RICHARD WORD
11

12
                   UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14

15 SRI LOUISE COLES, et al.          )  **File No.**  C -03-2961 TEH (JL)
                                     )
16      Plaintiffs                   )  **STIPULATION AND [PROPOSED] ORDER**
                                     )  **ALLOWING PLAINTIFFS TO FILE THIRD**
17 vs.                               )  **AMENDED COMPLAINT AND**
                                     )  **EXTENDING TIME FOR DEFENDANTS**
18 CITY OF OAKLAND, a municipal entity, et al.  )  **CITY OF OAKLAND TO FILE ANSWER**
                                     )  **IN COLES ACTION**
19     Defendants                    )
                                     )
20
   LOCAL 10, INTERNATIONAL LONGSHORE )
21 AND WAREHOUSE UNION, et al.,      )
                                     )
22        Plaintiffs,                )
                                     )
23      vs.                          )
                                     )
24 CITY OF OAKLAND; et al.,          )
                                     )
25      Defendants.                  )
                                     )
26

27

28

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

Based on the Plaintiffs' in the *Sri Louise Coles* action, No. C -03-2961 TEH (JL) intention to file a Third Amended Complaint adding as defendants police officers identified in discovery whom Plaintiffs contend fired less lethal munitions in the course of this incident, it is agreed by and between said Plaintiffs' counsel, Michael Haddad, and counsel for Defendants, Gregory M. Fox, that

1. Plaintiffs in the Coles action may file a third amended complaint within 30 days from entry of the order attached to this stipulation;

2. Counsel for the City of Oakland in this action will accept service of process on behalf of all currently employed police officers named in the third amended complaint, and for any such officers no longer employed by the City of Oakland, will provide Plaintiffs' counsel with their last known address and will otherwise cooperate with Plaintiffs' counsel in the service of those individuals; and

3. Defendants will have an extension within which to file their Answer to the complaint of the Plaintiffs in said action until 30 days after service of the third amended complaint.

1  So Stipulated:

2  Dated: June 21, 2005                           HADDAD & SHERWIN

3

4                                                 By: /s/ Michael Haddad_____
                                                     Michael Haddad
5                                                    Attorney for Plaintiffs
                                                     SRI LOUISE COLES, et al.
6

7

8  Dated: June 22, 2005                           BERTRAND, FOX, & ELLIOT

9

10                                                By: /s/ Gregory M. Fox_____
                                                     Gregory M. Fox
11                                                   Attorneys for Defendants
                                                     CITY OF OAKLAND, et al.
12

13
       Good cause appearing, the stipulation is so ordered.
14

15
   Dated: June 22. 2005                                        /s/
16                                                The Honorable Thelton E. Henderson
                                                  U.S. District Court Judge
17

18

19

20

21

22

23

24

25

26

27

28