```
Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California   94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990


Randolph W. Hall, State Bar No. 080142
Chief Asst. City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA  94612
Telephone:    (510) 238-3601
Facsimile:    (510) 238-6500


Attorneys for Defendants CITY OF OAKLAND
and POLICE CHIEF RICHARD WORD
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI LOUISE COLES, et al. | **File No.**  C -03-2961 TEH (JL) |
| Plaintiffs, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEF PAGE LIMITS FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS RE: OPD'S CROWD CONTROL POLICY** |
| CITY OF OAKLAND, a municipal entity, et al. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

The parties, plaintiffs in the *Sri Louise Coles* action, No. C -03-2961 TEH (JL) and defendant City of Oakland, acting by and through their respective legal counsel, stipulate to the following page limitations for the opposition and reply memorandum of points and authorities in connection with plaintiffs' Motion For Attorneys' Fees and Costs related to work on the OPD crowd control policy, (hereinafter, motion):

1) Defendant City of Oakland's brief on opposition to the motion may be up to 35 pages.

2) The *Coles* plaintiffs' reply brief may be up to 20 pages.

So Stipulated:

Dated: June ___, 2005                    HADDAD & SHERWIN

By:_____/s/_____
    Michael Haddad
    Attorney for Plaintiffs
    SRI LOUISE COLES, et al.

Dated: June ___, 2005                    BERTRAND, FOX, & ELLIOT

By: _____/s/_____
    Gregory M. Fox
    Attorneys for Defendants
    CITY OF OAKLAND, et al.

ORDER

Good cause appearing, the stipulation is so ordered. Defendants City of Oakland's opposition brief to the *Coles* motion may be up to 35 pages.   The Coles plaintiffs reply brief may be up to 20 pages.

SO ORDERED.

Dated:  June 30, 2005

_____/s/_____
The Honorable Thelton E. Henderson
U.S. District Court Judge