Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Randolph W. Hall, State Bar No. 080142
Chief Asst. City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA 94612
Telephone:    (510) 238-3601
Facsimile:    (510) 238-6500

Attorneys for Defendants CITY OF OAKLAND
and POLICE CHIEF RICHARD WORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI LOUISE COLES, et al.<br><br>　　　Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal entity, et al.<br><br>　　　Defendants. | File No. C-03-2961 TEH (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING DATE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS RE: OPD'S CROWD CONTROL POLICY** |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

　　　The parties, plaintiffs in the *Sri Louise Coles* action, No. C-03-2961 TEH (JL) and defendant City of Oakland, acting by and through their respective legal counsel, stipulate to the following with

regard to plaintiffs' Motion For Attorneys' Fees and Costs related to work on the OPD crowd control policy, (hereinafter, motion):

1) The remainder of the briefing schedule and the motion hearing date will be adjusted to coincide with those dates for the similar motion in the related *Local 10* case.

2) Plaintiffs in the *Coles* action will file their reply brief by August 29, 2005.

3) The parties stipulate that the hearing on the *Coles* motion, currently set for August 15, 2005, be continued to September 19, 2005, at 10:00 a.m.

So Stipulated:

Dated: July 11, 2005					HADDAD & SHERWIN


						By:_____/s/_____
							Michael Haddad
							Attorney for Plaintiffs
							SRI LOUISE COLES, et al.

Dated: July 12, 2005					BERTRAND, FOX, & ELLIOT


						By:_____/s/_____
							Gregory M. Fox
							Attorneys for Defendants
							CITY OF OAKLAND, et al.

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.*




						By:_____/s/_____
							Gregory M. Fox

ORDER

Good cause appearing, the stipulation is so ordered.  Plaintiffs in the *Coles* action to file their reply brief by August 29, 2005.  The hearing on the *Coles* motion, currently set for August 15, 2005, is continued to September 19, 2005 at 10:00 a.m..

SO ORDERED.

Dated:



The Honorable Thelton E. Henderson
U.S. District Court Judge