1  Gregory M. Fox, State Bar No. 070876
   Arlene C. Helfrich, State Bar No. 096461
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California   94109
4  Telephone: (415) 353-0999
   Facsimile:  (415) 353-0990
5

6  Randolph W. Hall, State Bar No. 080142
   Chief Asst. City Attorney
7  Office of the City Attorney
   One Frank H. Ogawa Plaza, 6th Floor
8  Oakland CA  94612
   Telephone:    (510) 238-3601
9  Facsimile:    (510) 238-6500

10

11 Attorneys for Defendants CITY OF OAKLAND
   and POLICE CHIEF RICHARD WORD

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15 SRI LOUISE COLES, et al.            )   **File No.**  C -03-2961 TEH (JL)
                                       )
16         Plaintiffs                  )   **File No.**  C -03-2962 TEH (JL)
                                       )
17 vs.                                 )   **STIPULATION AND [PROPOSED] ORDER**
                                       )   **EXTENDING TIME FOR DEFENDANTS**
18 CITY OF OAKLAND, a municipal entity, et al. )   **CITY OF OAKLAND TO FILE ANSWER**
                                       )   **IN COLES ACTION**
19         Defendants                  )
                                       )
20 LOCAL 10, INTERNATIONAL LONGSHORE   )
   AND WAREHOUSE UNION, et al.,        )
21                                     )
           Plaintiffs,                 )
22     vs.                             )
                                       )
23 CITY OF OAKLAND; et al.,            )
                                       )
24         Defendants.                 )
                                       )
25

26

27

28

**STIPULATION**

Plaintiffs in the *Sri Louise Coles* action, No. C -03-2961 TEH (JL) filed a Third Amended Complaint on July 12, 2005. In order to allow sufficient time for defense counsel to obtain permission from police personnel newly named as defendants to accept service on their behalf, it is agreed by and between Plaintiffs' counsel, Michael Haddad, and counsel for Defendants, Gregory M. Fox, that Defendants have an extension until August 31, 2005 within which to file their Answer to the third amended complaint of the Plaintiffs in said action.

So Stipulated:

Dated: July21, 2005                    HADDAD & SHERWIN

                                       By:_____/s/_____
                                            Michael Haddad
                                            Attorney for Plaintiffs
                                            SRI LOUISE COLES, et al.


Dated: July 21, 2005                   BERTRAND, FOX, & ELLIOT

                                       By:_____/s/_____
                                            Gregory M. Fox
                                            Attorneys for Defendants
                                            CITY OF OAKLAND, et al.

**ORDER**

Good cause appearing, the stipulation is so ordered. Defendants City of Oakland, et al., have until August 31, 2005 to file their Answer in Action No. C -03-2961 TEH (JL).

So Ordered.

Dated: _____

The Honorable Thelton E. Henderson
U.S. District Court Judge



*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document. Dated: July 21, 2005.*

By: /s/
GREGORY M. FOX