Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Randolph W. Hall, State Bar No. 080142
Chief Asst. City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA 94612
Telephone: (510) 238-3601
Facsimile: (510) 238-6500

Attorneys for Defendants CITY OF OAKLAND
and POLICE CHIEF RICHARD WORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI LOUISE COLES, et al.<br><br>　　　Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal entity, et al.<br><br>　　　Defendants. | **File No.** C -03-2961 TEH (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEF PAGE LIMITS FOR PLAINTIFFS' REPLY RE: MOTION FOR ATTORNEYS' FEES AND COSTS RE: OPD'S CROWD CONTROL POLICY** |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

The parties, plaintiffs in the *Sri Louise Coles* action, No. C -03-2961 TEH (JL) and defendant City of Oakland, acting by and through their respective legal counsel, stipulate to the following page limitations for the reply memorandum of points and authorities in connection with plaintiffs' Motion For Attorneys' Fees and Costs related to work on the OPD crowd control policy, (hereinafter, motion):

1) Since the *Coles* plaintiffs' opening brief was filed within the 25 page limit, and since Defendants' response was 35 pages long, the *Coles* reply brief may be up to 25 pages.

So Stipulated:

Dated: August 25, 2005                                   HADDAD & SHERWIN

By:_____/s/_____
Michael Haddad
Attorney for Plaintiffs
SRI LOUISE COLES, et al.

Dated: August 25, 2005                                   BERTRAND, FOX, & ELLIOT

By: _____
Gregory M. Fox
Attorneys for Defendants
CITY OF OAKLAND, et al.

*I hereby attest that I have received defense counsel Gregory Fox's written permission in an e-mail to file this stipulation, he has signed it and his assistant will fax his signature to me by August 26, 2005, and his written statement that I will have his holograph signature on file no later than August 26, 2005.  Dated: August 25, 2005.*

_____/s/_____
MICHAEL J. HADDAD

ORDER

Good cause appearing, the stipulation is so ordered.  The Coles plaintiffs' reply brief may be up to 20 pages.

SO ORDERED.

Dated:    08/26/05



The Honorable Thelton E. Henderson
District Court Judge