| | |
|---|---|
| 1 | Gregory M. Fox, State Bar No. 070876 |
| | BERTRAND, FOX & ELLIOT |
| 2 | The Waterfront Building |
| | 2749 Hyde Street |
| 3 | San Francisco, California   94109 |
| | Telephone: (415) 353-0999 |
| 4 | Facsimile:  (415) 353-0990 |

Randolph W. Hall, State Bar No. 080142
Chief Asst. City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA  94612
Telephone:     (510) 238-3601
Facsimile:      (510) 238-6500

Attorneys for Defendants CITY OF OAKLAND
and POLICE CHIEF RICHARD WORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SRI LOUISE COLES, et al. | ) | **File No.**  C -03-2961 TEH (JL) |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | [~~PROPOSED~~] **ORDER AND** |
| | ) | **STIPULATION RE: DISPOSITIVE** |
| CITY OF OAKLAND, a municipal entity, et al. | ) | **MOTION DEADLINES IN *COLES* ONLY** |
| | ) | |
| Defendants | ) | |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

The parties, acting by and through their respective legal counsel, hereby stipulate to the following changes to paragraph 3 of the Order For Pretrial Preparation issued by the Honorable Thelton Henderson on October 25, 2004 (the Order) and the Order re Pretrial Dates dated October 18, 2005.  *These proposed changes are based on Plaintiffs' counsel's representation that both attorneys, Michael Haddad and Julia Sherwin, have the flu and will need additional time if they are to file a*

*motion for partial summary judgment on behalf of some or all of their clients.*  Paragraph 3 of the Order dealing with discovery is revised as follows:

**3.  DISCOVERY**

**(c) Dispositive Motions:**  In *Coles, et. al. v. City of Oakland, et. al.*, the dispositive motion hearing deadline will be December 12, 2005 (previously was December 5, 2005) and the last day to file such motions will be November 3, 2005 (previously was October 31, 2005).

    2.  In all other respects, the Order will remain in force.

So Stipulated:

Dated: October 26, 2005                    HADDAD & SHERWIN

                                              By:/s/_____
                                                   Michael J. Haddad
                                                   Julia Sherwin
                                                   Attorneys for Plaintiffs
                                                 SRI LOUISE COLES, et al.

Dated: October 26, 2005                    BERTRAND, FOX, & ELLIOT

                                              By:/s/_____
                                                   Gregory M. Fox
                                                 Attorneys for Defendants
                                                 CITY OF OAKLAND, et al.

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.*  Dated: October 27, 2005.

                                              /s/_____
                                                 MICHAEL J. HADDAD

1 ORDER

2   Good cause appearing, the stipulation is so ordered.

3   All other provisions of this Court's Order for Pretrial Preparation dated October 25, 2004 and
4 the Order re Pretrial Dates dated October 18, 2005, shall remain in effect.

6   SO ORDERED.

8   Dated:    10/27/05

_____
The Honorable Thelton E. Henderson
U.S. District Court Judge