Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
Nancy A, Huneke, State Bar No.  114973
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California   94109
Telephone:     415.353.0999
Facsimile:     415.353.0990

John A. Russo, State Bar No. 129729
Oakland City Attorney
Randolph W. Hall, State Bar No. 080142
Chief Asst. City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA  94612
Telephone:     510.238.3601
Facsimile:     510.238.6500

Attorneys for Defendants CITY OF OAKLAND
and POLICE CHIEF RICHARD WORD, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI LOUISE COLES, et al.<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF OAKLAND, a municipal entity, et al.<br><br>Defendants. | File No.  C -03-2961 TEH (JL)<br><br>**DEFENDANTS' OBJECTIONS TO EVIDENCE OFFERED BY COLES PLAINTIFFS IN OPPOSITION TO COLES' PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:     December 12, 2005<br>Time:    10:00 a.m.<br>Location: Courtroom 12, 19th Floor<br><br>Hon. Thelton E. Henderson |

Defendants City of Oakland, et al. make the following objections to following evidence presented by plaintiff Local 10 ILWU in connection with the motion for summary judgment set for hearing on November 28, 2005 before this Court:

1. Declaration of Jovan Johnson. (Coles Exhibit EE).

This testimony is objected to on the ground that it is irrelevant to the issue before the Court on this summary judgment motion. (FRE 401, 402). This evidence is presented on the issue of whether, as a matter of law, plaintiff Coles was subjected to excessive force when she was struck by a less lethal projectile. Other evidence appears to indicate that Officer Chris Del Rosario is the officer who fired the projectile that struck Ms. Coles. However, it is uncontested that Ms. Coles was struck in the jaw, not the forehead. And, there is no evidence that any part of Ms. Coles chest was exposed as a result of her being struck. Therefore, Officer Del Rosario's alleged statement that he "shot this one bitch in the forehead and her titties popped out" refers to someone other than Ms. Coles. As the statement does not refer to Ms. Coles, it does not tend to prove anything about the force directed at Ms. Coles, and is therefore irrelevant.

Based on these objections, defendants will respectfully request at the hearing on the motion that this Court sustain the above objections and strike the evidence referred to above.

Dated: November 21, 2005            BERTRAND, FOX & ELLIOT

                                     /s/
                            By:_____
                                Gregory M. Fox
                                Arlene C. Helfrich
                                Attorneys for Defendants City of Oakland et al.

---

2

DEFENDANTS' OBJECTIONS TO EVIDENCE RE: COLES MOTION FOR PARTIAL SUMMARY JUDGMENT -
File No. C-03-2961 TEH (JL)