1  GREGORY M. FOX, STATE BAR NO. 070876
   Arlene C. Helfrich, State Bar No. 096461
2  Bertrand, Fox & Elliot
   The Waterfront Building - 2749 Hyde Street
3  San Francisco, California  94109
   Telephone: (415) 353-0999
4   FAX  (415) 353-0990
   Attorneys for Defendants CITY OF OAKLAND
5  and POLICE CHIEF RICHARD WORD

6  (List of Additional Counsel Attached)

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11 SRI LOUISE COLES, et al.,               )
                                           ) **File No.** No. C 03-2961 TEH (JL)
12             Plaintiffs,                 )
                                           )
13        vs.                              ) Hon. Thelton E. Henderson
                                           )
14 CITY OF OAKLAND; et al.,                )
                                           )
15             Defendants.                 ) **STIPULATION AND (PROPOSED) ORDER**
                                           ) **DISMISSING INDIVIDUAL OFFICER**
16 _____) **DEFENDANTS WITH PREJUDICE AS TO**
                                           ) **PLAINTIFF DAVE TELLES ONLY**

1

```
 1 │ Michael J. Haddad, Esq.
   │ Julia Sherwin, Esq.
 2 │ Haddad & Sherwin
   │ 505 Seventeenth Street
 3 │ Oakland, CA 94612
 4 │ Telephone: (510) 452-5500
   │ Fax: (510) 452-5510
 5 │
   │ **Counsel for Plaintiffs Sri Louise Coles, et al.**
 6 │ **C03-2961 THE (JL)**
 7 │
   │ John A. Russo Esq. State Bar No. 129729
 8 │ City Attorney
   │ Randolph W. Hall, Esq.  State Bar No. 080142
 9 │ Chief Asst. City Attorney
   │ Office of the City Attorney
10 │ One Frank H. Ogawa Plaza, 6th Floor
   │ Oakland CA  94612
11 │ Telephone:    (510) 238-3601
   │ FAX (510) 238-6500
12 │
13 │ **Counsel for defendant CITY OF OAKLAND et al.**
14 │
15 │
16 │
17 │
18 │
19 │
20 │
21 │
22 │
23 │
24 │
25 │
26 │
27 │
28 │
```

2

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, Plaintiff DAVID TELLES, and the Defendants CITY OF OAKLAND, POLICE CHIEF RICHARD WORD, DEPUTY CHIEF PATRICK HAW, CAPTAIN ROD YEE, LT. E. POULSON, LT. HOWARD JORDAN, LT. DAVE KOZICKI, SGT. T. HOGENMILLER, SGT. E. TRACEY (8004), R. GUTIEREZ (8091), A. OERLEAMNS (7632), R. HOLMGREN (8282), P. GONZALES (8151), S. KNIGHT (7776), E. ROMANS (8045), C. DELROSARIO (7668), SGT. GARY TOLLESON, SGT. D. CAMPBELL (7762), R. MOORE (8051), A. STEINBERGER (7818), R. UU (7472), B. WORDEN (8107), J. FUKUDA (7693), J. DOOLITTLE (8007), C. SAUNDERS (8254), M. NICHELINI (8035), OFFICER LOW (7732), J. FISHER (7498), and SGT. W. WALLACE (7215), through their designated counsel that the above-captioned action entitled Sri Louise Coles, et al., vs. City of Oakland, et al, and numbered C 03-2961 TEH (JL), be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as to all of the claims of plaintiff DAVE TELLES ONLY, against the individual officer defendants ONLY, whose names are listed as follows:

POLICE CHIEF RICHARD WORD, DEPUTY CHIEF PATRICK HAW, CAPTAIN ROD YEE, LT. E. POULSON, LT. HOWARD JORDAN, LT. DAVE KOZICKI, SGT. T. HOGENMILLER, SGT. E. TRACEY (8004), R. GUTIEREZ (8091), A. OERLEAMNS (7632), R. HOLMGREN (8282), P. GONZALES (8151), S. KNIGHT (7776), E. ROMANS (8045), C. DELROSARIO (7668), SGT. GARY TOLLESON, SGT. D. CAMPBELL (7762), R. MOORE (8051), A. STEINBERGER (7818), R. UU (7472), B. WORDEN (8107), J. FUKUDA (7693), J. DOOLITTLE (8007), C. SAUNDERS (8254), M. NICHELINI (8035), OFFICER LOW (7732), J. FISHER (7498), and SGT. W. WALLACE (7215). It is acknowledged that DAVE TELLES' claims against the CITY OF OAKLAND are to be resolved pursuant to his acceptance of the CITY OF OAKLAND's offer of judgment pursuant to FRCP Rule 68 ~~and offer of compromise pursuant to California CCP § 998~~ dated November 29, 2005. This dismissal with prejudice of the individual officer defendants is a condition of that offer of judgment and offer to compromise, and such individual defendants are to bear their own costs and fees related to these claims.

3

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE RE INDIVIDUAL OFFICER DEFENDANTS AS TO PLAINTIFF DAVID TELLES ONLY - Case Nos. C-03-2962 TEH (JL)

Dated: December 1, 2005

_____
MICHAEL J. HADDAD
Attorney for Plaintiffs in Coles, et al.

Dated: December 1, 2005

_____
GREGORY M. FOX
Attorney for Defendants City of Oakland et al.

## ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefore

THIS COURT ORDERS THAT, pursuant to the parties' stipulation and the CITY OF OAKLAND's offer of judgment pursuant to FRCP Rule 68 ~~and offer of compromise pursuant to California CCP § 998~~ dated November 29, 2005, and plaintiff DAVE TELLES' acceptance thereof, Plaintiff DAVE TELLES' action No. C –03-2961 THE (JL) shall be and hereby is dismissed with prejudice as against the following defendants ONLY: POLICE CHIEF RICHARD WORD, DEPUTY CHIEF PATRICK HAW, CAPTAIN ROD YEE, LT. E. POULSON, LT. HOWARD JORDAN, LT. DAVE KOZICKI, SGT. T. HOGENMILLER, SGT. E. TRACEY (8004), R. GUTIEREZ (8091), A. OERLEAMNS (7632), R. HOLMGREN (8282), P. GONZALES (8151), S. KNIGHT (7776), E. ROMANS (8045), C. DELROSARIO (7668), SGT. GARY TOLLESON, SGT. D. CAMPBELL (7762), R. MOORE (8051), A. STEINBERGER (7818), R. UU (7472), B. WORDEN (8107), J. FUKUDA (7693), J. DOOLITTLE (8007), C. SAUNDERS (8254), M. NICHELINI (8035), OFFICER LOW (7732), J. FISHER (7498), and SGT. W. WALLACE (7215).

BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.

12/06/05
_____
DATE

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

4

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE RE INDIVIDUAL OFFICER DEFENDANTS AS TO PLAINTIFF DAVID TELLES ONLY - Case Nos. C-03-2962 TEH (JL)