MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN  (State Bar No. 189268)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, CA  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for *Coles* Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SRI LOUISE COLES, et al. <br><br> Plaintiffs <br><br> vs. <br><br> CITY OF OAKLAND, a municipal entity, et al. <br><br> Defendants <br><br> LOCAL 10, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, et al., <br><br> Plaintiffs, <br> vs. <br><br> CITY OF OAKLAND; et al., <br><br> Defendants. <br><br> **File No.**  C -03-2962 TEH (JL) | **File No.**  C -03-2961 TEH (JL) <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS AGAINST CERTAIN INDIVIDUAL DEFENDANTS IN** ***COLES*** **ACTION** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

It is agreed by and between the *Coles* Plaintiffs' counsel, Haddad & Sherwin, and counsel for Defendants, Gregory M. Fox, that all remaining claims for damages by each *Coles* Plaintiff against the following individual defendants, to the extent such claims may have been brought (individual plaintiffs did not necessarily bring claims against each named defendant), may be

dismissed, with prejudice, each side to bear their own statutory costs and fees to the extent necessitated by damages claims against dismissed defendants, based on Defendants' representation that these Defendants did not use or authorize the use of force against Plaintiffs and played no role in arresting Plaintiff Lindsay Parkinson: Deputy Chief Howard Jordan, Lt. Poulson, Sgt. Hogenmiller, Sgt. (now, Captain) Tracey, and Officers Oerlemans, Knight, Romans, R. Moore, and J. Fukuda.

It is further agreed that all remaining claims for damages, to the extent such claims may have been brought, by each of the following *Coles* Plaintiffs against the following individual defendants may be dismissed, with prejudice, each side to bear their own statutory costs and fees to the extent necessitated by damages claims against dismissed defendants, based on Defendants' representation that these Defendants did not use or authorize the use of force against the individual Plaintiffs listed below and played no role in arresting Plaintiff Lindsay Parkinson:

1. Plaintiff Sri Louise Coles did not bring claims against motorcycle officers Low, Fisher, and Sgt. Wallace.  Plaintiff Sri Louise Coles agrees to dismiss her remaining damages claims against "Blue Team" officers Worden, Uu, Steinberger, Doolittle, Saunders, Sgt. Campbell, and Sgt. Tolleson, (leaving the City of Oakland, Chief Word, DC Haw, Captain Yee, Lt. Kozicki, motorcycle officer Nichelini and "Red Team" officers Del Rosario, Gutierrez, Gonzalez, and Holmgren as defendants for Ms. Coles' claims);

2. Plaintiff Ron Smith did not bring claims against motorcycle officers Nichelini, Low, Fisher, and Sgt. Wallace.  Plaintiff Ron Smith agrees to dismiss his remaining damages claims against "Blue Team" officers Worden, Uu, Steinberger, Doolittle, Saunders, Sgt. Campbell, and Sgt. Tolleson, (leaving the City of Oakland, Chief Word, DC Haw, Captain Yee, Lt. Kozicki, and "Red

Case No. C-03-2961 TEH (JL): STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS AGAINST CERTAIN INDIVIDUAL DEFENDANTS IN *COLES* ACTION

2

Team" officers Del Rosario, Gutierrez, Gonzalez, and Holmgren as defendants for Mr. Smith's claims);

3. Plaintiff Jennifer Hansen did not bring claims against motorcycle officers Nichelini, Low, Fisher, and Sgt. Wallace.  Plaintiff Jennifer Hansen agrees to dismiss her remaining damages claims against "Red Team" officers Del Rosario, Gutierrez, Gonzalez, and Holmgren,  (leaving the City of Oakland, Chief Word, DC Haw, Captain Yee, Lt. Kozicki, and "Blue Team" officers Worden, Uu, Steinberger, Doolittle, Saunders, Sgt. Campbell, and Sgt. Tolleson, as defendants for Ms. Hansen's claims);

4. Plaintiff Scott Bohning did not bring claims against motorcycle officers Nichelini, Low, Fisher, and Sgt. Wallace.  Plaintiff Scott Bohning agrees to dismiss his remaining damages claims against "Red Team" officers Del Rosario, Gutierrez, Gonzalez, and Holmgren,  (leaving the City of Oakland, Chief Word, DC Haw, Captain Yee, Lt. Kozicki, and "Blue Team" officers Worden, Uu, Steinberger, Doolittle, Saunders, Sgt. Campbell, and Sgt. Tolleson, as defendants for Mr. Bohning's claims);

5. Plaintiff Lindsay Parkinson did not bring claims against "Red Team" officers Del Rosario, Gutierrez, Gonzalez, and Holmgren, "Blue Team" officers Worden, Uu, Steinberger, Doolittle, Saunders, Sgt. Campbell, and Sgt. Tolleson, or motorcycle officer Nichelini.  (Plaintiff Lindsay Parkinson's remaining defendants are the City of Oakland, Chief Word, DC Haw, Captain Yee, Lt. Kozicki, and motorcycle officers Low, Fisher, and Sgt. Wallace).

These dismissals do not affect Plaintiffs' claims for reasonable attorneys' fees and costs related to the previous settlement and partial dismissal of injunctive relief claims in this matter.

Case No. C-03-2961 TEH (JL): STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS AGAINST CERTAIN INDIVIDUAL DEFENDANTS IN *COLES* ACTION

3

So Stipulated:

Dated: December 9, 2005                            HADDAD & SHERWIN

                                         By: /s/_____
                                                   Michael J. Haddad
                                                   Attorney for Plaintiffs
                                                   SRI LOUISE COLES, et al.


Dated: December 9, 2005                            BERTRAND, FOX, & ELLIOT


                                                   By: /s/_____
                                                   Gregory M. Fox
                                                   Attorneys for Defendants
                                                   CITY OF OAKLAND, et al.

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.*  Dated: December 9, 2005.


                                                /s/_____
                                                  MICHAEL J. HADDAD


Good cause appearing, the stipulation is so ordered.

So Ordered.

Dated:   12/12/05                                  _____
                                                 The Honorable Thelton E. Henderson
                                                 U.S. District Court Judge

Case No. C-03-2961 TEH (JL): STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS AGAINST CERTAIN INDIVIDUAL DEFENDANTS IN *COLES* ACTION

4