Michael J. Haddad  **HADDAD & SHERWIN**
Julia Sherwin  505 Seventeenth Street
Oakland, CA  94612
Tel: (510) 452-5500
Fax: (510) 452-5510



April 27, 2006

Hon. James Larson
United States District Court
Northern District
450 Golden Gate Ave.
San Francisco, CA  94102

Re: Coles v. City of Oakland, No. 03-2961 TEH (JL)

Dear Judge Larson:

    This confirms the settlement conference scheduled before you on June 7, 2006, at 2:00 pm in the above-referenced case.  This settlement conference will address the Plaintiffs' claims for attorneys' fees and costs (subject to the motion previously filed with Judge Henderson) related to the settlement of injunctive relief claims, as well as additional fees and costs related to the remaining claims of four of the six plaintiffs in this case.

    The court has requested settlement statement updates in advance of this settlement conference.  Plaintiffs already provided this Court with complete copies of all briefs and supporting documents filed by all parties in connection with the previously filed fee motion.

    Thank-you for your continued assistance in this matter.

                            Sincerely,

                             /s/
                             Michael J. Haddad

cc:    Richard Pearl
        Greg Fox
        Randolph Warren Hall