1 | GREGORY M. FOX, STATE BAR NO. 070876
Arlene C. Helfrich, State Bar No. 096461
2 | Bertrand, Fox & Elliot
The Waterfront Building - 2749 Hyde Street
3 | San Francisco, California   94109
Telephone: (415) 353-0999
4 | FAX  (415) 353-0990
Attorneys for Defendants CITY OF OAKLAND
5 | and POLICE CHIEF RICHARD WORD and
Officer Defendants
6
(List of Additional Counsel Attached)
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SRI LOUISE COLES, et al.,                 )
                                          ) **File No.**  No. C 03-2961 TEH (JL)
            Plaintiffs,                   )
       vs.                                ) Hon. Thelton E. Henderson
                                          )
CITY OF OAKLAND; et al.,                  )
                                          ) **STIPULATION AND (PROPOSED) ORDER**
            Defendants.                   ) **DISMISSING ACTION OF PLAINTIFF SRI**
_____) **LOUISE COLES ONLY WITH PREJUDICE**

1

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE AS TO PLAINTIFF SRI LOUISE COLES ONLY  -  Case No.  C-03-2961  TEH (JL)

1  Michael J. Haddad, Esq. State Bar No. 189114
   Julia Sherwin, Esq.  State Bar No. 189268
2  505 Seventeenth Street
3  Oakland, CA 94612
   Telephone: (510) 452-5500
4  Fax: (510) 452-5510

5  **Counsel for Plaintiffs**

6

7  John A. Russo Esq. State Bar No. 129729
   City Attorney
8  Randolph W. Hall, Esq.  State Bar No. 080142
   Chief Asst. City Attorney
9  Office of the City Attorney
   One Frank H. Ogawa Plaza, 6th Floor
10 Oakland CA  94612
   Telephone:     (510) 238-3601
11  FAX (510) 238-6500

12 **Counsel for defendant CITY OF OAKLAND et al**

2

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE AS TO PLAINTIFF SRI LOUISE COLES ONLY  -  Case No.  C-03-2961  TEH (JL)

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, Plaintiff SRI LOUISE COLES, and the Defendants CITY OF OAKLAND, POLICE CHIEF RICHARD WORD, DEPUTY CHIEF PATRICK HAW, CAPTAIN ROD YEE, LT. DAVE KOZICKI, M. NICHELINI, (8035), C. DELROSARIO, (7668), R. GUTIERREZ, (8091), P. GONZALES, (8151), and R. HOLMGREN, (8282), through their designated counsel that the above-captioned action entitled Sri Louise Coles, et al., vs. City of Oakland, et al, and numbered C 03-2961 TEH (JL), be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as to all of the claims of plaintiff SRI LOUISE COLES ONLY pursuant to the terms of the settlement agreement entered into between the parties.

Dated: April 12, 2006 　　　　　　　/s/
　　　　　　　　　　　　　　　Michael J. Haddad
　　　　　　　　　　　　　　　Attorney for Plaintiffs

Dated: May 3, 2006 　　　　　　　/s/
　　　　　　　　　　　　　　　Gregory M. Fox
　　　　　　　　　　　　　　　Attorney for Defendants City of Oakland et al.

**ORDER**

Having reviewed the stipulation of the parties, and good cause appearing therefore

THIS COURT ORDERS THAT Plaintiff SRI LOUISE COLES' above captioned action against all defendants shall be and hereby is dismissed with prejudice pursuant to the parties' stipulation.

BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.

5/5/06
_____　　　　　　　_____
DATE　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE AS TO PLAINTIFF SRI LOUISE COLES ONLY - Case No. C-03-2961 TEH (JL)

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: May 3, 2006

                                        By: /s/
                                        Gregory M. Fox
                                        Bertrand, Fox & Elliot

4

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE AS TO PLAINTIFF SRI LOUISE COLES ONLY - Case No. C-03-2961 TEH (JL)