1  GREGORY M. FOX, STATE BAR NO. 070876
   Arlene C. Helfrich, State Bar No. 096461
2  Bertrand, Fox & Elliot
   The Waterfront Building - 2749 Hyde Street
3  San Francisco, California  94109
   Telephone: (415) 353-0999
4   FAX  (415) 353-0990
   Attorneys for Defendants CITY OF OAKLAND
5  and POLICE CHIEF RICHARD WORD and
   Officer Defendants
6
   (List of Additional Counsel Attached)
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11
   SRI LOUISE COLES, et al.,                  )
12                                            )  **File No.**  No. C 03-2961 TEH (JL)
                    Plaintiffs,               )
13        vs.                                 )  Hon. Thelton E. Henderson
                                              )
14 CITY OF OAKLAND; et al.,                   )
                                              )
15                                            )  **STIPULATION AND (PROPOSED) ORDER**
                    Defendants.               )  **DISMISSING ACTION OF PLAINTIFF SRI**
16 _____    )  **LOUISE COLES ONLY WITH PREJUDICE**

17

18

19

20

21

22

23

24

25

26

27

28

1

Michael J. Haddad, Esq. State Bar No. 189114
Julia Sherwin, Esq.  State Bar No. 189268

2

505 Seventeenth Street

3

Oakland, CA 94612
Telephone: (510) 452-5500

4

Fax: (510) 452-5510

5

**Counsel for Plaintiffs**

6

7

John A. Russo Esq. State Bar No. 129729
City Attorney
Randolph W. Hall, Esq.  State Bar No. 080142

8

Chief Asst. City Attorney
Office of the City Attorney

9

One Frank H. Ogawa Plaza, 6th Floor
Oakland CA  94612

10

Telephone:     (510) 238-3601
 FAX (510) 238-6500

11

12

**Counsel for defendant CITY OF OAKLAND et al**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, Plaintiff SRI LOUISE COLES, and the Defendants CITY OF OAKLAND, POLICE CHIEF RICHARD WORD, DEPUTY CHIEF PATRICK HAW, CAPTAIN ROD YEE, LT. DAVE KOZICKI, M. NICHELINI, (8035), C. DELROSARIO, (7668), R. GUTIERREZ, (8091), P. GONZALES, (8151),  and R. HOLMGREN, (8282), through their designated counsel that all remaining claims, except for claims for attorneys' fees and costs related to the earlier partial settlement of declaratory and injunctive relief claims which are subject to the stipulated order of partial dismissal in the above-captioned action entitled Sri Louise Coles, et al., vs. City of Oakland, et al, and numbered  C 03-2961 TEH (JL), be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(1), as to plaintiff SRI LOUISE COLES ONLY pursuant to the terms of the settlement agreement for damages claims entered into between the parties.


Dated: April 12, 2006                    _____/s/_____
                                                            Michael J. Haddad
                                                            Attorney for Plaintiffs


Dated: May 3, 2006                        _____/s/_____
                                                            Gregory M. Fox
                                                            Attorney for Defendants City of Oakland et al.


                                ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: May 3, 2006


                                                            By:_____/s/_____
                                                            Gregory M. Fox
                                                            Bertrand, Fox & Elliot

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefore

THIS COURT ORDERS THAT Plaintiff  SRI LOUISE COLES' remaining claims, except for claims for attorneys' fees and costs related to the earlier partial settlement of declaratory and injunctive relief claims which are subject to the separate stipulated order of partial dismissal in the above-captioned action, shall be and hereby are dismissed with prejudice pursuant to the parties' stipulation.

BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.

__  05/09/06  _____ _                          _____

DATE                                                          _____ HENDERSON

                                                                 STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Judge Thelton E. Henderson

4