1 | GREGORY M. FOX, STATE BAR NO. 070876
2 | Arlene C. Helfrich, State Bar No. 096461
  | Bertrand, Fox & Elliot
3 | The Waterfront Building - 2749 Hyde Street
  | San Francisco, California   94109
4 | Telephone: (415) 353-0999
  |  FAX  (415) 353-0990

5 | Attorneys for Defendants CITY OF OAKLAND
  | and POLICE CHIEF RICHARD WORD and
6 | Officer Defendants

7 | (List of Additional Counsel Attached)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SRI LOUISE COLES, et al., | ) | |
|---|---|---|
| | ) | **File No.**  No. C 03-2961 TEH (JL) |
| Plaintiffs, | ) | |
| vs. | ) | Hon. Thelton E. Henderson |
| | ) | |
| CITY OF OAKLAND; et al., | ) | |
| | ) | **STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION OF PLAINTIFF JENNIFER HANSEN ONLY WITH PREJUDICE** |
| Defendants. | ) | |
| _____ | ) | |

1

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE AS TO PLAINTIFF JENNIFER HANSEN ONLY  -  Case No.  C-03-2961  TEH (JL)

Michael J. Haddad, Esq. State Bar No. 189114
Julia Sherwin, Esq.  State Bar No. 189268
505 Seventeenth Street
Oakland, CA 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

**Counsel for Plaintiffs**

John A. Russo Esq. State Bar No. 129729
City Attorney
Randolph W. Hall, Esq.  State Bar No. 080142
Chief Asst. City Attorney
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA  94612
Telephone:     (510) 238-3601
 FAX (510) 238-6500

**Counsel for defendant CITY OF OAKLAND et al**

2

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE AS TO PLAINTIFF JENNIFER HANSEN ONLY  -  Case No.  C-03-2961  TEH (JL)

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, Plaintiff JENNIFER HANSEN, and the Defendants CITY OF OAKLAND, POLICE CHIEF RICHARD WORD, DEPUTY CHIEF PATRICK HAW, CAPTAIN ROD YEE, LT. DAVE KOZICKI, B. WORDEN (8107), F. UU (7472), A. STEINBERGER (7818), J. DOOLITTLE (8007), C. SAUNDERS (8254), SGT. D. CAMPBELL (7762), and SGT. G. TOLLESON, through their designated counsel that the above-captioned action entitled Sri Louise Coles, et al., vs. City of Oakland, et al, and numbered C 03-2961 TEH (JL), except for this Plaintiff's remaining claims for reasonable attorneys' fees and costs as described in the settlement agreement, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as to all of the claims of plaintiff JENNIFER HANSEN ONLY pursuant to the terms of the settlement agreement entered into between the parties.

Dated: April 30, 2006                             /s/
                                                  Michael J. Haddad
                                                  Attorney for Plaintiffs


Dated: May 3, 2006                                /s/
                                                  Gregory M. Fox
                                                  Attorney for Defendants City of Oakland et al.

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.


Dated: July 25, 2006                              /s/
                                                  GREGORY M. FOX

3

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE AS TO PLAINTIFF JENNIFER HANSEN ONLY  -  Case No.  C-03-2961  TEH (JL)

## **ORDER**

Having reviewed the stipulation of the parties, and good cause appearing therefore

THIS COURT ORDERS THAT Plaintiff JENNIFER HANSEN' above captioned action against all defendants except for this Plaintiff's remaining claims for reasonable attorneys' fees and costs as described in the settlement agreement, shall be and hereby is dismissed with prejudice pursuant to the parties' stipulation.

BY STIPULATION OF THE PARTIES, IT IS SO ORDERED.

_____07/27/06_____     _____
DATE                                       THELTON E. HENDERSON
                                           UNITED STATES DISTRICT JUDGE



4

STIPULATION AND (PROPOSED) ORDER DISMISSING ACTION WITH PREJUDICE AS TO PLAINTIFF JENNIFER HANSEN ONLY  -  Case No.  C-03-2961  TEH (JL)